**Dismissed and Memorandum Opinion filed August 29, 2024**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-24-00520-CV

---

### MARCELLO E. GOMEZ, Appellant

### V.

### JARROD LEE ENGLEBRETSON, Appellee

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1226644**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed July 1, 2024. The notice of appeal was filed July 3, 2024. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (appellate fees and costs).

On August 15, 2024, this court ordered appellant to pay the appellate filing fee within 10 days or the appeal would be subject to dismissal without further

notice. Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.